# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. LORRAINE NOTORFRANSESCO** : : : **Plaintiff-Relator,** : : **v.** : : **SURGICAL MONITORING ASSOC., LLP** : : **Defendant.** : : : | **CIVIL ACTION** **NO. 09-1703** |

## ORDER

**AND NOW**, this __12th__ day of December, 2014, upon consideration of Plaintiff's Motion to Dismiss Counterclaim (Doc. 54) and Defendant's Response (Doc. 55), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion to Dismiss is **DENIED.**[1]

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated December ___, 2014.

1